1
2
3
4  **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| UNITED TALENT AGENCY, LLC, | Case No. 2:21-cv-00369-MCS-E |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARKEL AMERICAN INSURANCE COMPANY and DOES 1 through 10, | |
| Defendants. | |

Pursuant to this Court's Order Granting in Part Defendant's Motion for Summary Judgment (ECF No. 35) and Granting in Part Plaintiff's Motion for Partial Summary Judgment (ECF No. 36),

IT IS ADJUDGED that judgment is entered in favor of Defendant Markel American Insurance Company and against United Talent Agency, LLC on all claims in Plaintiff's Complaint. The action is dismissed with prejudice. Plaintiff shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: January 26, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE