JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TALENT AGENCY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. 2:21-cv-00369-MCS-E<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Granting Defendant's Motion for Summary Judgment (ECF No. 89) IT IS ADJUDGED that judgment is entered in favor of Defendant Markel American Insurance Company and against United Talent Agency, LLC on all claims in Plaintiff's Complaint. The action is dismissed with prejudice. Plaintiff shall take nothing from this action, and Defendant is entitled to its costs of suit.

**IT IS SO ORDERED.**

Dated: September 29, 2023

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE